**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

SANDRA CONNORS

CA 06 195 T

VS.

C.A. No. 06-

CITY OF PROVIDENCE, by and through its Treasurer, STEPHEN T. NAPOLITANO, ROBERT DI CARLO, individually and in his official capacity as a police officer employed by the City of Providence, DONALD BRIEN, individually and in his official capacity as a police officer employed by the City of Providence

**PETITION FOR REMOVAL FROM STATE COURT**

To the Honorable Judges of the United States District Court for the District of Rhode Island:

Now comes the Defendant, the City of Providence, and, pursuant to 28 U.S.C. § 1441 and 1446, petitions this Honorable Court for removal of Providence Superior Court Civil Action Number PC 06-0335, entitled "Sandra Connors v. City of Providence, by and through its Treasurer, Stephen T. Napolitano; Robert DiCarlo, individually and in his official capacity as a police officer employed by the City of Providence; Donald Brien, individually and in his official capacity as a police officer employed by the City of Providence,"

In support of said petition for removal, your petitioner states as follows:

1. It first became aware of Plaintiff's Complaint when it was served a copy of the complaint during the week of April 3, 2006..

2. Plaintiff's Complaint contains allegations that your petitioner/defendants violated her rights under the State of Rhode Island Constitution in that they assaulted and battered her and illegally searched her.

3. The required filing fee has been filed contemporaneously with this petition, together with a copy of all processed pleadings served upon it in this action.

4. Copies of this petition are being filed with all parties who have been served with process in this action as well as with the Clerk of the Providence Superior Court.

5. All of the defendants in this action who have been served to date consent to the removal of this action as set forth above.

DEFENDANT,
CITY OF PROVIDENCE

By its Attorney,

JOSEPH M. FERNANDEZ
CITY SOLICITOR

Kevin F. McHugh (#3927)
Senior Assistant City Solicitor
Providence Law Department
275 Westminster Street, Suite 200
Providence, RI 02903
(401) 421-77040 Ext. 333
(401) 351-7596 (Fax)

**CERTIFICATION**

I hereby certify that on this 27th day of April, 2006, I mailed a true copy of the foregoing, by regular mail, postage prepaid, to the following attorney(s):

V. Edward Formisano, Esq.
Sinapi, Formisano & Company, Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920