**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CA 06 195 T

SANDRA CONNORS
(Plaintiff)

Vs C.A. No. PC 06-

CITY OF PROVIDENCE, by and Through its Treasurer, STEPHEN T. NAPOLITANO, ROBERT DECARLO, Individually and in his official capacity As a police officer employed by the City of Providence, DONALD BRIEN, Individually and in his official capacity as a police officer employed by the City of Providence
(Defendants)

**DEFENDANT, CITY OF PROVIDENCE'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT**

## I. Introduction

This Paragraph requires no response from this Defendant. To the extent that it does, Defendant denies the same.

## II. Parties

1. Defendant admits the allegations contained in Paragraph 1 of Plaintiff's Amended Complaint.

2. Defendant admits the allegations contained in Paragraph 2 of Plaintiff's Amended Complaint.

3. Defendant admits the allegations contained in Paragraph 3 of Plaintiff's Amended Complaint.

4. Defendant admits the allegations contained in Paragraph 4 of Plaintiff's Amended Complaint.

**III. Jurisdiction**

5. . Defendant admits the allegations contained in Paragraph 5 of Plaintiff's Amended Complaint.

**IV. Venue**

6. Defendant denies the allegations contained in Paragraph 6 of Plaintiff's Amended Complaint.

**V. Material Facts**

7. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 7 of Plaintiff's Amended Complaint and leaves Plaintiff to her proof thereof.

8. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 8 of Plaintiff's Amended Complaint and leaves Plaintiff to her proof thereof.

9. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 9 of Plaintiff's Amended Complaint and leaves Plaintiff to her proof thereof.

10. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 10 of Plaintiff's Amended Complaint and leaves Plaintiff to her proof thereof.

11. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 11 of Plaintiff's Amended Complaint and leaves Plaintiff to her proof thereof.

12. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 12 of Plaintiff's Amended Complaint and leaves Plaintiff to her proof thereof.

13. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 13 of Plaintiff's Amended Complaint and leaves Plaintiff to her proof thereof.

14. Defendant denies generally and specifically the allegations contained in Paragraph 14 of Plaintiff's Amended Complaint.

15. Defendant admits the allegations contained in Paragraph 15 of Plaintiff's Amended Complaint.

16. Defendant admits the allegations contained in Paragraph 16 of Plaintiff's Amended Complaint.

17. Defendant denies generally and specifically the allegations contained in Paragraph 17 of Plaintiff's Amended Complaint.

18. Defendant denies generally and specifically the allegations contained in Paragraph 18 of Plaintiff's Amended Complaint.

19. Defendant admits the allegations contained in Paragraph 18 of Plaintiff's Amended Complaint.

**VI. Claims for Relief**

20. Defendant hereby incorporates by reference its answers to Paragraphs 1 through 19 above as if fully stated.

**Count One**
**Negligence**

21. Defendant denies generally and specifically the allegations contained in Paragraph 21 of Count One of Plaintiff's Complaint.

**Count Two**
**Assault**

22. Paragraph 22 of Count Two of Plaintiff's Amended Complaint requires no response from this Defendant. To the extent that it does, Defendant denies the same.

**Count Three**
**Battery**

23. Paragraph 23 of Count Three of Plaintiff's Amended Complaint requires no response from this Defendant. To the extent that it does, Defendant denies the same.

**Count Four**
**Article I, §5 of the Rhode Island Constitution**

24. Defendant denies generally and specifically the allegations contained in Paragraph 24 of Count Four of Plaintiff's Complaint.

**VII. Prayers for Relief**

**AFFIRMATIVE DEFENSES**

1. That any injury or damage suffered by the Plaintiffs was caused solely by reason of the Plaintiffs' wrongful acts and conduct.

2. That the actions of the Defendant and/or Defendant's agents in all respects were reasonable, proper and legal.

3. To the extent that the Plaintiffs suffered any damages, such damages were caused or contributed to by the Plaintiffs' negligence.

4. To the extent that the Plaintiffs suffered any damages, the risk of such damages was assumed by the Plaintiffs.

5. The Defendant's agents acted, at all times material hereto, in good faith.

6. The Defendant's agents had legal justification for all its actions relative to the Plaintiffs.

7. Defendant's liability is limited by R.I.G.L. § 9-31-3.

8. That the actions of the Defendant were lawful and proper and probable cause existed for the arrest of Plaintiff.

9. Plaintiff's action is barred by the passing of the statute of limitations.

WHEREFORE, Defendant demands that Plaintiff's Complaint be denied and dismissed; that judgment enter for the Defendant and that Defendant be awarded costs and attorneys' fees.

DEFENDANT
CITY OF PROVIDENCE

By its Attorney,

JOSEPH M. FERNANDEZ
CITY SOLICITOR

Kevin F. McHugh (#3927)
Senior Assistant City Solicitor
City of Providence
Department of Law
275 Westminster Street, Suite 200
Providence, RI 02903
(401) 421-7740, Ext. 333
(401) 351-7596 (Fax)

**CERTIFICATION**

I hereby certify that on this 27th day of April, 2006, I mailed a true copy of the foregoing Answer, by regular mail, postage prepaid, to the following attorney(s) of record:

V. Edward Formisano, Esquire
100 Midway Place, Suite One
Cranston, Rhode Island 021920

______________________