**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

SANDRA CONNORS

VS.

C.A. No. 06-195T

CITY OF PROVIDENCE, by and through its Treasurer, STEPHEN T. NAPOLITANO, ROBERT DI CARLO, individually and in his official capacity as a police officer employed by the City of Providence, DONALD BRIEN, individually and in his official capacity as a police officer employed by the City of Providence

**NOTICE OF FILING OF STATE COURT RECORD**

Now comes the Defendant, the City of Providence, and gives notice that it is filing herewith certified copies of all records and proceedings, including docket entries, from the matter of "Sandra Connors v. City of Providence, by and through its Treasurer, Stephen T. Napolitano; Robert DiCarlo, individually and in his official capacity as a police officer employed by the City of Providence; Donald Brien, individually and in his official capacity as a police officer employed by the City of Providence," Providence Superior Court Civil Action Number 06-0335, in compliance with Local Rule 36(b).

DEFENDANT,
CITY OF PROVIDENCE

By its Attorney,

JOSEPH M. FERNANDEZ
CITY SOLICITOR

Kevin F. McHugh (#3927)
Senior Assistant City Solicitor
Providence Law Department
275 Westminster Street, Suite 200
Providence, RI 02903
(401) 421-77040 Ext. 333
(401) 351-7596 (Fax)

**CERTIFICATION**

I hereby certify that on this 27th day of April, 2006, I mailed a true copy of the foregoing, by regular mail, postage prepaid, to the following attorney(s):

V. Edward Formisano, Esq.
Sinapi, Formisano & Company, Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920