STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

SUPERIOR COURT

CIVIL DOCKET SHEET

Case ID: PC-2006-0335 SANDRA J CONNORS V CITY OF PROVIDENCE

Filing Date: 01-19-2006 Case Type: OTHER CIVIL ACTION

Case Status: CLOSED DURING DISCOVERY Status Date: 04-27-2006

Plaintiff: SANDRA CONNORS Attorney: V. EDWARD FORMISANO
ID: @10709125

Defendant: CITY OF PROVIDENCE
ID: PROVIDENC

Defendant: STEPHEN NAPOLITANO (TREASURER)
ID: @10709126

Defendant: ROBERT DICARLO (POLICE OFFICER EMPL(
ID: @10709128

Defendant: DONALD BRIEN (POLICE OFFICER EMPLOYE
ID: @10709129

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 01-19-2006 | COMPLAINT FILED | |
| 01-19-2006 | INITIAL FILING FEE | |
| 01-19-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCP218935. |
| 03-23-2006 | AMENDED COMPLAINT FILED | 2 FILED<br>Affiliated: CONNORS, SANDRA J |
| 04-11-2006 | SUMMONS,PROOF OF SERVICE FILED | 3 ISSUED,FOR DEFS. |
| 04-25-2006 | STIPULA FILED,EXTEN OF TIME | |
| 04-27-2006 | NOTICE OF REMOVAL | TO US DISTRICT COURT |
| 04-27-2006 | CASE REMVD TO US DISTRICT CT | US DISTRICT COURT #06-195T |
| 04-27-2006 | OTH DOC FILED DURING DISCOV | CASE REMOVED TO US DISTRICT COURT |

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island