MJC:tsp 95352 \pleading\95352DISMstipELEC.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SANDRA CONNORS | : | |
| | : | |
| VS. | : | C.A. NO. 06-195T |
| | : | |
| CITY OF PROVIDENCE, by and through its | : | |
| Treasurer, STEPHEN T. NAPOLITANO, ET AL | : | |

**DISMISSAL STIPULATION**

Plaintiff's claims are dismissed with prejudice, no interest, no costs, no fees.

/s/ V. Edward Formisano
V. Edward Formisano, Esq. #5512
**Attorney for Plaintiff, Sandra Connors**
100 Midway Place, Suite 1
Cranston, RI 02920
PHONE: (401) 944-9690
FAX: (401) 943-9040

/s/ Michael J. Colucci
Michael J. Colucci, Esq. #3302
**Attorney for Defendant, Robert DiCarlo and Donald Brien**
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

/s/ Kevin McHugh
Kevin McHugh, Esq. #3927
**Attorney for Defendant, City of Providence**
275 Westminster Street, Suite 200
Providence, RI 02903
PHONE: (401) 421-7740 X333
FAX: (401) 351-7596

Dated: January 23, 2007